# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS M. BUCKOVETZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　　　　　　　Defendant. | Case No.:　3:25-cv-01984-JES-BLM<br><br>**ORDER GRANTING SECOND JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** |

　　　　Before the Court is a joint motion by the parties to extend the deadline for Defendant United States Department of Defense to answer or otherwise respond to Plaintiff Dennis Buckovetz's complaint. ECF No. 8. This action arises from Defendant's alleged failure to comply with its obligations under the Freedom of Information Act, in part by failing to respond to Plaintiff's requests for information in a timely manner. ECF No. 1. In September of 2025, the parties jointly moved to extend the time for Defendant to respond to the complaint. ECF No. 6. The Court granted the motion and required Defendant to answer or otherwise respond to the complaint by November 10, 2025. ECF No. 7. All civil cases

involving the United States as a party were stayed from October 7, 2025, to November 12, 2025.[1] The parties now bring a joint motion requesting further extension. ECF No. 8.

Recognizing that new lead counsel was assigned in this matter, the Court **GRANTS** the motion and extends Defendant's time to respond to **February 10, 2026**.

**IT IS SO ORDERED**.

Dated:  January 12, 2026

Honorable James E. Simmons Jr.
United States District Judge

---

[1] On October 7, 2025, Chief Judge Bashant issued General Order No. 766. Cal. S.D. Gen. Ord. No. 766 ("GO 766"). GO 766 stayed "[a]ll deadlines, due dates, or cut-off dates," in all cases in which the United States was a party until the lapse in appropriations ended. GO 766. The lapse in appropriations ended November 12, 2025.